<table>
<tr><td>

**FILING FEE**

PAID $\underline{0}$

In Forma
Pauperis $\underline{\text{yes}}$

$\underline{\text{Angela E. Noble, Clerk}}$

</td></tr>
</table>

(1" from top of page, and centered,
begin title of Court)

FILED BY ___ D.C.

SEP 07 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

23-cv-23416-KMM

(Full Name of Plaintiff/s) ,

Plaintiff (s)  Cesar Mainardi

vs.

(Full Name of Defendant/s),

Defendant(s).

___Fontainebleau Florida Hotel LLC___  /

## COMPLAINT

I, Cesar Mainardi _____, plaintiff, in the above styled cause, sue defendant(s): Fontainebleau Florida Hotel LLC

_____.

This action is filed under (indicate under which federal law or section of the U.S. Constitution
this action is being filed): Violations of United States Constitution , Civil rights , also the second amendment, fifth amendement
Federal labor laws

Dated: Month, day, year

9/06/2023

Respectfully submitted,

Cesar Mainardi
_____
Name of Filer  Cesar Mainardi
Attorney Bar Number (if aplicable)
Attorney E-mail Address (if app Mainardi17_61@hotmail.com
Firm Name (if applicable)  Pro Se
Street Address  1504 Bay Road Apt 921
City, State, Zip Code  Miami Beach,Fl 33139
Telephone: (xxx)xxx–xxxx  7863192248
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

Defendant Attorney: Ogletree Deakins
9130 S. Dadeland Boulevard, Suite 1625
Miami, FL 33156

## Certificate of Service*

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

*: a Certificate of Service is only required if filed conventionally (not through CM/ECF). see Section 3K(4), CM/ECF NextGen Administrative Procedures.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CESAR MAINARDI
PLAINTIFF
1504 BAY ROAD APT. # 921
MIAMI BEACH FLORIDA 33139
TELEPHONE # 786-3192248

VS.

FONTAINEBLEAU FLORIDA
HOTEL LLC
DEFENDANT
4441 COLLINS AVENUE
MIAMI BEACH FLORIDA 33140
TELEPHONE # 305-5353217

COMPLAINT

On June 12, 2023, I was fired from my job as Bar Back of the Banquet Department of the Fontainebleau Florida Hotel LLC. Unjustifiably by the fact that I filed a lawsuit in the eleventh District Civil Court of Miami Dade against the Fontainebleau Florida Hotel LLC. And against the company KPMG US LLP and KPMG International for Defamation for Accusing me both of Theft of a Criminal Charge and a Felony in a case that occurred at a function where I was working in my work as Bar Back on 06/25/2019.

I am basing this lawsuit on the violation of my constitutional rights, the violation of my civil rights, the violation of the United States Constitution, the violation of the United States Constitution, and the violation of the United States Constitution Amendments, specifically the Second Amendments, which protected me as an American citizen from defending myself in the event of an attack by Any type against me and the Fifth Amendment that I protected as a U.S. Citizen from remaining silent and not answering any Questions that may incriminate me in the future and that seeks to incriminate me, in turn, the wrongful dismissal against me I also violate the Constitution of the

State of Florida, I violate the Amendments of the Constitution of the State of Florida, I violate my Civil Rights and State and Federal Labor Laws.

The Fontainebleau Hotel LLC. I justify and argue that the dismissal had been for my failure to provide a luxury service to the client KPMG LLP by suing him in Civil Court for the Accusation of Theft, for the Absence of a Felony, and for a Criminal Accusation, when I was only defending myself from an Attack on my Person and a False Accusation of which I have the Evidence that those facts never happened. as they say, in turn, the Fontainebleau Florida Hotel LLC also accused, sanctioned and dismissed me for the same facts without them having any evidence or any argument to prove the facts for which I am being and was accused in 2019 and at present, added to this I have suffered from double incrimination when being judged, Sanctioned, Incriminated and Fired from My Job Twice for the Same Fact and this represents another Violation of the Laws of the United States.

In addition, the Fontainebleau Florida LLC Hotel has been taking continuous, progressive, and systematic Retaliation for my having many complaints in the EEOC, and in the NLRB and they have repeatedly said that I am a Problematic, Conflicting Person and that I was becoming a Labor Leader for all the complaints and claims I was making for the Violation, Labor Abuses and Labor Exploitation Against Me and My Co-Workers.

In the process of dismissal, the process and several Articles of the CBA between this and Article 12 Section 2 were violated.

In an Email the Hotel through the Human Resources Department written by K.S. A.C. and by S.P. said that I did have Constitutional, Civil Rights but that they also had the right to fire me, it is clear in this email that they fired me for an Unjustified cause because they did it for me to exercise the rights granted to me by the Constitution and its Amendments.

With these actions the Fontainebleau Florida Hotel LLC is acting as if it were not subject to the laws and the Constitution of the United States, it is acting as if it were outside the territory of the United States and as if it were an entity with Diplomatic Immunity.

The hotel is clearly affirming with its words and with its Action to dismiss me for the Simple Reason that I have involved a Client in a Labor Dispute being this False because the Client KPMG LLP through its Representative R.W. accused me of a False Theft, with this action the Hotel is violating all my rights Acquired and Guaranteed by the Constitution of the United States and by its Amendments with are the Right to defend myself from any Attack contained in the Second Amendment and the right to remain silent contained in the Fifth Amendment, in addition to Violations of the First Amendment, Violations of the Fourteenth Amendment, Violation of the Sixth Amendment VI, Violation of the Third Amendment XIII.

With their Dismissal Action for the Reasons Alleged, the Fontainebleau Florida Hotel LLC is accepting that the Dismissal was Unjustified and affirms it in the Evidence attached to this Lawsuit by accepting that I was fired simply for exercising my Rights Contained and Assured in the Constitution of the United States.

Both in the Year 2019 and in this Year 2023 I was accused, tried, convicted, and fired from my job unjustly being Innocent for the same Case.

On 05/28/2023 I was treated as a High dangerous criminal when I arrived at Human Resources of the Hotel for a meeting regarding my dismissal, in it I was received by the Vice President of security of the hotel and by his two seats and these subjected me only to an abusive, invasive and aggressive review by the three,  a metal detector was used and in the review, they touched me all over my body including my intimate parts, this made it clear to me that I was again Defamed because I was directly called a Delinquent and I was treated as such, due to this abusive procedure by the hotel security that is only used with highly dangerous criminals who represent a potential danger to people and to Society.

In my possession I have all the evidence to prove to the Court that there is a pattern of accusations, defamations and retaliation against me by the Directors, Vice Presidents, Managers, Captains, by the Human Resources Department, by the Union and by the Hotel.

The Fontainebleau Florida Hotel LLC and KPMG LLP charged me with a felony, specifically a Theft of a Book with the Value of more than $300, representing an accusation of a Felony which is the most serious crime of all violations against Criminal Law and in turn are considered as a felony (Theft).

For this False accusation of the Fontainebleau Florida Hotel LLP and by the KPMG Company where there is no reasonable belief, there is no evidence, there are no arguments and there is nothing to support their allegations I decided to sue Fontainebleau Florida Hotel LLC and KPMG LLP for Defamation exercising my right as a citizen granted to me by the Constitution,  Civil Rights, the right to Substantive Equality, the freedom to defend myself to any antique, the right to go to court, the right to go before the Judges to be protected against any act that violates my rights, the Fontainebleau Florida Hotel LLP dismissed me from my job in an unjustified way for exercising my rights listed above.

For all these reasons explained in this Complaint, I want to sue Fontainebleau Florida Hotel LLC for One Billion Dollars (1,000,000,000) for Wrongful Termination.


CESAR AUGUSTO MAINARDI